# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Frank, Eric L. | 2. Court or Organization  ED Pa - Bankruptcy Court | 3. Date of Report  06/07/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
900 Market Street - Room 201
Philadelphia, PA 19107

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Author | Collier on Bankruptcy (bankruptcy treatise) (published by Matthew Bender & Co./Lexis Nexis) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Compensation as author from Matthew Bender Co./Lexis-Nexis | $1,660.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | "of counsel" attorney for law firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Consumer Bankruptcy Attorneys | April 10-13, 2015 | New York, NY | continuing legal education | transportation, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education | William D. Ford Federal Direct Loan Program | K |
| 2. | SLM Corp. | tuition payment plan (Tufts Univ.) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA Financial, Inc | A | Dividend | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Conestoga Bank - CD | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. COMMONWEALTH ANNUITY - aggregate disclosure | D | Int./Div. | L | T | | | | | |
| 6. ------ Alliance Bernstein Growth and Income | | | | | | | | | |
| 7. ------ Alliance Bernstein Large Cap Growth | | | | | | | | | |
| 8. ------- Fidelity VIP Equity Income | | | | | | | | | |
| 9. ------ GS VIT Capital Growth | | | | | | | | | |
| 10. ------ GS VIT Core Fixed Income | | | | | | | | | |
| 11. ------ GS VIT Equity Index | | | | | | | | | |
| 12. ------ GS VIT International Equity | | | | | | | | | |
| 13. ------- GS VIT Money Market | | | | | | | | | |
| 14. ------- Janus Aspen Large Cap Growth | | | | | | | | | |
| 15. ------ T. Row Price International - common stock | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. Equity Income Fund Units First S&P 500 Index Ser Tech | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Fairview, PA Area - municipal bond | A | Interest | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. Fidelity 403(b) Account - aggregate disclosure | E | Int./Div. | M | T | | | | | |
| 22. ------ Fidelity Equity Income Fund - mutual fund | | | | | | | | | |
| 23. ------- Fidelity Cash Reserves - moneymarket | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. Conestoga Bank - Acc't #1 ▮▮ (X) | A | Interest | K | T | | | | | |
| 26. | | | | | | | | | |
| 27. Morgan Stanley Acc't #1 ▮▮ | A | Int./Div. | J | T | | | | | |
| 28. ------First Eagle Sog Glob-mut. fund | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. Morgan Stanley Acc't #2 ▮▮ | B | Int./Div. | L | T | | | | | |
| 31. ------ Pa St Tpke Commn bond | | | | | | | | | |
| 32. ------ Morgan Stanley Bank | | | | | | | | | |
| 33. ----- AT&T | | | | | Buy | 05/09/14 | J | | |
| 34. ----- Verizon Communications | | | | | Buy | 05/09/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ----- SPDR Trust Series I | | | | | Buy | 05/09/14 | J | | |
| 36. | | | | | | | | | |
| 37. Morgan Stanley Acc't #3 ▓ | A | Int./Div. | L | T | | | | | |
| 38. ----- Vanguard Money Market | | | | | Closed | 05/09/14 | K | | |
| 39. ------ Citibank | | | | | | | | | |
| 40. ----- First Eagle Global Fund Cl C | | | | | | | | | |
| 41. ----- Franklin Templeton Founding Funds Alloc Class C | | | | | | | | | |
| 42. ----- AT&T, Inc. | | | | | Buy | 05/09/14 | J | | |
| 43. ----- Verizon Communications | | | | | Buy | 05/09/14 | J | | |
| 44. ----- SPDR Trust SeriesI I | | | | | Buy | 05/09/14 | J | | |
| 45. | | | | | | | | | |
| 46. Zurich Adv. III - 403(b) TSA | A | Int./Div. | K | T | | | | | |
| 47. | | | | | | | | | |
| 48. Learning Quest 529 - Very Conservative - ACC'T #1 | A | Dividend | L | T | | | | | |
| 49. Learning Quest 529 - Short-Term - ACC'T #2 | A | Dividend | K | T | | | | | |
| 50. | | | | | | | | | |
| 51. OPPENHEIMER ACC'T #1 ▓ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ------ PNC Money Market | A | Dividend | | | Closed | 09/17/14 | K | A | |
| 53. ----- Advantage Municipal Liq Fd - money market | A | Dividend | K | T | Open | 09/17/14 | K | | |
| 54. ------ American International Group - common stock | A | Dividend | J | T | | | | | |
| 55. ------ AT&T, Inc - common stock | A | Dividend | J | T | | | | | |
| 56. ------Boeing Co. - common stock | B | Dividend | L | T | | | | | |
| 57. ------ Cellcyte Genetics | A | Int./Div. | J | T | | | | | |
| 58. ------Comcast Corp. - common stock | A | Dividend | J | T | | | | | |
| 59. ------ ConocoPhillips - common stock | A | Dividend | K | T | | | | | |
| 60. ------ Corning - common stock | A | Dividend | J | T | | | | | |
| 61. ------- DuPont EI de Nemours - common stock | A | Dividend | K | T | | | | | |
| 62. ----- Duke Energy Corp. - common stock | A | Dividend | J | T | | | | | |
| 63. ----- Express Scripts Hldg Co. - common stock | A | Dividend | J | T | | | | | |
| 64. ------ Merck & Co. - common stock | A | Dividend | J | T | | | | | |
| 65. ------ Microsoft - common stock | A | Dividend | J | T | | | | | |
| 66. ------ Monsanto Co. - common stock | A | Dividend | J | T | | | | | |
| 67. ------ Nextera Energy - common stock | A | Dividend | J | T | | | | | |
| 68. ------ Pepco Holdings - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ------ Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 70. ------ Phillips 66 - common stock | A | Dividend | J | T | | | | | |
| 71. ------- Public Storage - common stock | A | Dividend | K | T | | | | | |
| 72. Black Rock Income Tr - mutual fund | A | Dividend | J | T | | | | | |
| 73. Black Rock Pa Strat Mun Tr - mutual fund | A | Dividend | J | T | | | | | |
| 74. ------ Invesco Pa Val Munc Inc Tr - mutual fund | A | Dividend | J | T | | | | | |
| 75. Nuveen Pa Prem Inc Mun Fd - mutual fund | A | Dividend | J | T | | | | | |
| 76. --- WesternAset/Clymre US Tr Inf - mut. fund - | A | Dividend | K | T | Sold (part) | 12/30/14 | K | A | |
| 77. ------ Van Eck Fds Intl Inv Gold Fd | A | Dividend | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. OPPENHEIMER ACC'T #2 ▓ | | | | | | | | | |
| 80. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |
| 81. ------ Eaton Vance Ltd - common stock | A | Dividend | J | T | | | | | |
| 82. ------ Master Asset Tr - bond | A | Interest | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. OPPENHEIMER ACC'T # 3 ▓ | | | | | | | | | |
| 85. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ----- Global Income Fund (mutual fund) | A | Dividend | | | Closed | 01/08/14 | J | A | |
| 87. ----- Self Storage Group Inc. | A | Dividend | J | T | | | | | |
| 88. | | | | | | | | | |
| 89. OPPENHEIMER ACC'T # 4 | | | | | | | | | |
| 90. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |
| 91. ----- Global Income Fund (mutual fund) | A | Dividend | | | Closed | 01/08/14 | J | A | |
| 92. ----- Self Storage Group Inc. | A | Int./Div. | J | T | Buy | 01/08/14 | J | | |
| 93. | | | | | | | | | |
| 94. OPPENHEIMER ACC'T #5 | | | | | | | | | |
| 95. ----- Advantage Primary Liquid Fd (money market) | C | Dividend | L | T | | | | | |
| 96. ----- AllianceBernstein Income Fd | B | Int./Div. | L | T | Buy | 03/14/14 | L | | |
| 97. ----- Blackrock Res & Comm Strat Tr - mut fund | A | Dividend | K | T | | | | | |
| 98. ----- CBRE Clarion Global R.E. - mutual fund | A | Dividend | J | T | | | | | |
| 99. ----- Cohen & Steers Infrastructure - mutual fund | A | Dividend | K | T | | | | | |
| 100. ----- Cushing Realty Fd - mutual fund | A | Dividend | | | Sold | 06/26/14 | K | B | |
| 101. ------ Eaton Vance Senior Income Trust Fund - mutual fund | A | Dividend | J | T | | | | | |
| 102. ------ Eaton Vance Ltd Dur, Inc. - common stock | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ----- General Electric - common stock | B | Dividend | K | T | | | | | |
| 104. ----- Western Aset Clym Infl Opp In - mutual fund | A | Dividend | K | T | | | | | |
| 105. ----- Loral Space & Comm. - common stock | A | Dividend | J | T | | | | | |
| 106. ----- CenturyLink, Inc. - common stock | A | Dividend | J | T | | | | | |
| 107. ------ Hershey - common stock | A | Dividend | K | T | | | | | |
| 108. ----- Mastr Asset 2003-12 6A1 - gov't bond | A | Interest | J | T | | | | | |
| 109. ------ Pfizer - common stock | A | Dividend | K | T | | | | | |
| 110. ----- Self Storage Group, Inc. | A | Dividend | K | T | Buy | 01/08/14 | K | | |
| 111. | | | | | | | | | |
| 112. Oppenheimer ACCT #6▓ | | | | | | | | | |
| 113. ----- Advantage bank deposits | A | Interest | J | T | | | | | |
| 114. ----- AllianceBernstein Income Fd | A | Int./Div. | J | T | Buy | 03/14/14 | J | | |
| 115. | | | | | | | | | |
| 116. PAL Capital Income IA | A | Dividend | J | T | | | | | |
| 117. | | | | | | | | | |
| 118. PNC Bank - checking & savings accounts | A | Interest | J | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Nexterra Energy, Inc. - common stock | A | Dividend | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. Stiffel Nicolaus - Account #1 ▓ | | | | | | | | | |
| 123. ----- Hanover PA Area Sch Dist bond | A | Interest | J | T | | | | | |
| 124. ----- Wilkes Barre Pa RFDG SER E ASRD GTY bond | A | Interest | | | Redeemed | 01/08/14 | J | | |
| 125. ----- Octorora Pa Area Sch Dist bond | A | Interest | J | T | Buy | 09/16/14 | J | | |
| 126. | | | | | | | | | |
| 127. Stiffel Nicolaus - Account #2 ▓ | | | | | | | | | |
| 128. ------- money market | A | Int./Div. | J | T | | | | | |
| 129. ------ Marple Newtown Pa Sch Dist bond | A | Interest | J | T | | | | | |
| 130. ------ Lower Swatara Twp bond | A | Interest | | | Redeemed | 12/01/14 | J | | |
| 131. | | | | | | | | | |
| 132. Republic Bank - CD | A | Interest | J | T | Buy | 03/05/14 | J | | |
| 133. | | | | | | | | | |
| 134. Seneca Valley, PA - municipal bond | A | Interest | J | T | | | | | |
| 135. | | | | | | | | | |
| 136. T. Rowe Price International mutual fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138.  TRUST #1 - AGGREGATE OWNERSHIP | D | Int./Div. | M | T | | | | | |
| 139.  ------Schwab Money Market Fund | | | | | | | | | |
| 140.  ------ Schwab Cash Reserves | | | | | | | | | |
| 141.  ------ American Express | | | | | Buy (add'l) | 03/03/14 | J | | |
| 142.  ------ Apache Corp. - common stock | | | | | Sold | 06/13/14 | J | A | |
| 143.  ----- Apple - common stock | | | | | Buy | 06/13/14 | J | | |
| 144.  ------ Boeing Co. - common stock | | | | | | | | | |
| 145.  ------ Broadcom Corp. - common stock | | | | | Sold | 06/13/14 | J | B | |
| 146.  ------ Colgate-Palmolive Co. - common stock | | | | | | | | | |
| 147.  ----- Conoco Phillips Co. - common stock | | | | | | | | | |
| 148.  ----- Diageo PLC - common stock | | | | | Buy (add'l) | 03/03/14 | J | | |
| 149.  ----- Discover Financial Svs - common stock | | | | | Buy | 06/13/14 | J | | |
| 150.  ----- Discover Financial Svs - common stock | | | | | Sold | 06/25/14 | J | A | |
| 151.  ----- Disney, Walt - common stock | | | | | | | | | |
| 152.  ------Du Pont - common stock | | | | | | | | | |
| 153.  ------ Exxon Mobil Corp. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ------ Fed Ex Corp. - common stock | | | | | | | | | |
| 155. ------ FMC Technologies - common stock | | | | | | | | | |
| 156. ------ Home Depot, Inc. - common stock | | | | | | | | | |
| 157. ----- Honeywell Int'l - common stock | | | | | | | | | |
| 158. ------ Lab Corp America Holdg | | | | | Sold | 03/03/14 | J | A | |
| 159. ----- McCormick & Co. - common stock | | | | | Buy | 10/13/14 | K | | |
| 160. ------ McDonald's Corp. - common stock | | | | | | | | | |
| 161. ----- Medtronic PLC - common stock | | | | | Buy | 03/03/14 | J | | |
| 162. ----- Microsoft Corp. - common stock | | | | | | | | | |
| 163. -----Nordson Corp. - common stock | | | | | | | | | |
| 164. ------ Pepsico, Inc. - common stock | | | | | | | | | |
| 165. ------ Proctor & Gamble - common stock | | | | | | | | | |
| 166. ------South Jersey Inds., Inc. - common stock | | | | | | | | | |
| 167. ----- Starbucks Corp. - common stock | | | | | Buy | 03/03/14 | J | | |
| 168. ----- Stryker Corp. - common stock | | | | | | | | | |
| 169. ----- Texas Instruments - common stock | | | | | | | | | |
| 170. ----- Tiffany & Co. NEW - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ------ Under Armour, Inc. - common stock | | | | | Sold (part) | 03/03/14 | J | A | |
| 172. ------ Valley National Bancorp | | | | | | | | | |
| 173. ------ Verizon Communications - common stock | | | | | | | | | |
| 174. ------ VF Corp. - common stock | | | | | | | | | |
| 175. ------ Wash Real Est Inv Trust SBI REIT | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. TIAA-CREF | | | | | | | | | |
| 178. ------ TIAA traditional annuity | A | Int./Div. | J | T | | | | | |
| 179. ------ CREF bond market | A | Interest | J | T | | | | | |
| 180. | | | | | | | | | |
| 181. T. Rowe Price - brokerage account - aggregate disclosure | | | | | | | | | |
| 182. ------ T. Rowe Price European St - mut. fund | B | Int./Div. | J | T | | | | | |
| 183. ------ T. Rowe Price Small Cap - mut. fund | D | Int./Div. | M | T | | | | | |
| 184. | | | | | | | | | |
| 185. US Treasury securities | A | Interest | J | T | | | | | |
| 186. | | | | | | | | | |
| 187. Van Eck Global Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189.  Voya | B | Int./Div. | J | T | | | | | |
| 190.  ----- VY Franklin Income | | | | | | | | | |
| 191.  ----- VYFranklin Mutual | | | | | | | | | |
| 192.  ----- VY Templeton Global | | | | | | | | | |
| 193. | | | | | | | | | |
| 194.  Vanguard Money Market Funds | | | | | | | | | |
| 195.  ----- Federal Money Market | A | Interest | J | T | | | | | |
| 196.  ----- Prime Money Market | A | Interest | J | T | | | | | |
| 197. | | | | | | | | | |
| 198.  Wells Fargo - sav; checking; CD and Roth IRA | A | Int./Div. | J | T | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 06/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 189 - The asset previously reported as ING became known as VOYA in September 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Eric L. Frank**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544